UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:16-cv-02797-WBS-AC<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed: November 28, 2016<br>Trial Date:　　　N/A |

Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for an amended Rule 26 joint status report be continued to **August 28, 2017**, and the Scheduling Conference be continued to **September 11, 2017 at 1:30 p.m,**

IT IS SO ORDERED.

Dated: June 23, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-