UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-cv-02797-WBS-AC<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed: November 28, 2016<br>Trial Date: N/A |

Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **October 10, 2017**, and the scheduling conference, be continued to **October 23, 2017 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE