# UNITED STATES DISTRICT COURT

Eastern **District of** California

Scott Johnson

Plaintiff (s),

V.

Starbucks Corporation

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:16-cv-02797-WBS-AC

Notice is hereby given that, subject to approval by the court, Starbucks Corporation substitutes Cathy L. Arias, State Bar No. 141989 as counsel of record in place of Shane Singh.

Contact information for new counsel is as follows:

Firm Name: Burnham Brown
Address: 1901 Harrison Street, 14th Floor, Oakland, CA 94612
Telephone: (510) 444-6800   Facsimile (510) 835-6666
E-Mail (Optional): carias@burnhambrown.com

I consent to the above substitution.
Date: 04/10/2018    /s/ Tami Hamalian
(Signature of Party (s))

I consent to being substituted.
Date: 04/10/2018    /s/ Shane Singh
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 04/10/2018    /s/ Cathy L. Arias
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

**Dated:** April 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]