UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON, | CIV. NO. 2:16-02797 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10, | |
| Defendants. | |

----oo0oo----

Before the court is defendant's Ex Parte Application for Expedited Hearing of Motion to Stay. (Docket No. 23.) Defendant contends that expedited hearing of the underlying Motion to Stay Pending Motion to Transfer to Judicial Panel on Multidistrict Litigation (Docket No. 22) is required in light of the upcoming deadline for Rule 26 disclosures. However, the

1

Scheduling Order's deadline for initial disclosures passed on October 20, 2017. (See Docket No. 16.) Moreover, all other deadlines in the Scheduling Order are several months away. Thus, there is no need to expedite the hearing on the Motion to Stay, which is currently set for hearing on May 29, 2018.

IT IS THEREFORE ORDERED that defendant's Ex Parte Application (Docket No. 23) be, and the same hereby is, DENIED.

Dated: April 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE