UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10,<br><br>        Defendants. | No. 2:16-cv-2797 WBS AC<br><br><br>ORDER |

----oo0oo----

Before the court is plaintiff's Objection to Court's Final Pretrial Order, in which plaintiff seeks to continue trial for two weeks to accommodate his travel plans. (Docket No. 51.) As discussed at the Pretrial Conference held March 18, 2019, this case was set for trial on May 21, 2019 by a pretrial scheduling order issued almost a year and a half ago. (See Docket No. 16.) Further, plaintiff's counsel represented at the Pretrial Conference that, notwithstanding plaintiff's scheduling conflict,

1

plaintiff would be available for the previously set trial date. In light of the foregoing, plaintiff's pretrial objection (Docket No. 51) is OVERRULED.

IT IS SO ORDERED.

Dated: April 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE