UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation;<br>and Does 1-10,<br><br>  Defendants. | Case No.: 2:16-CV-02797-WBS-AC<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than June 18, 2019.

**IT IS SO ORDERED.**

Dated: April 19, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE